DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DOUGLAS JOSEPH WILLIAM CRONIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-0250 FCD |
| Plaintiff, ) | |
| ) | DEFENDANT'S WAIVER OF APPEARANCE |
| v. ) | |
| ) | Judge:   Honorable Frank C. |
| DOUGLAS JOSEPH WILLIAM CRONIN, ) | Damrell, Jr. |
| Defendant. ) | |
| _____ ) | |

    Pursuant to Fed.R.Crim.P. 43, defendant, DOUGLAS JOSEPH WILLIAM CRONIN, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the Court before or after trial, except upon arraignment, initial appearance, trial confirmation hearing, entry of plea, and every stage of trial including verdict, impanelment of jury and imposition of sentence.

    Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver and agrees that his interests will be deemed represented at all times by

1  the presence of his attorney, the same as if the defendant were
2  personally present.  Defendant further agrees to be present in Court
3  ready for trial any day and hour the Court may fix in his absence.
4     The defendant further acknowledges that he has been informed of
5  his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act)
6  and authorizes his attorney to set times and delays under that Act
7  without his personal presence.
8  Dated: September 11, 2007

10                            /s/ Douglas Joseph William Cronin
                              DOUGLAS JOSEPH WILLIAM CRONIN
11                            (Original retained by attorney)

13     I concur in Mr. Cronin's decision to waive his presence at future
14  proceedings.

16  Dated:  September 11, 2007        Respectfully submitted,

17                                    DANIEL J. BRODERICK
                                      Federal Defender
18

19
                                       /s/ Mary M. French
20                                    MARY M. FRENCH
                                      Supervising Assistant
21                                    Federal Defender
                                      Attorney for Defendant
22                                    DOUGLAS JOSEPH WILLIAM CRONIN

23
       IT IS SO ORDERED.
24
   Dated: September 17, 2007
25

26

27                                    _____
                                      FRANK C. DAMRELL, JR.
28                                    UNITED STATES DISTRICT JUDGE