```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    DOUGLAS JOSEPH WILLIAM CRONIN
 7

 8

 9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,       ) No. 2:07-cr-0250 FCD
                                    )
13              Plaintiff,          )
                                    ) STIPULATION AND ORDER CONTINUING
14      v.                          ) STATUS CONFERENCE
                                    )
15  DOUGLAS JOSEPH WILLIAM CRONIN,  ) Date:  November 19, 2007
                                    ) Time:  10:00 a.m.
16              Defendant.          ) Judge: Hon. Frank C. Damrell, Jr.
    _____ )
17
```

18      It is hereby stipulated between the parties, Lawrence Brown,

19  Assistant United States Attorney, attorney for plaintiff, Daniel B.

20  Clymo, attorney for defendant BRENDA DUKE and Mary M. French,

21  Supervising Assistant Federal Defender, attorney for defendant DOUGLAS

22  JOSEPH WILLIAM CRONIN, that the Status Conference hearing date of

23  October 15, 2007, is vacated and a new Status Conference hearing date

24  of November 19, 2007, at 10:00 a.m. is hereby set.

25      This continuance is requested because counsel for defendants are

26  still in the process of ordering and reviewing medical, and other

27  records and are continuing their review of the discovery in this case,

28  including recently received audio tapes.

1    It is further stipulated that the period from October 15, 2007,
2 through and including November 19, 2007, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

Dated:   October 10, 2007          Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                     /s/ Mary M. French
                                   MARY M. FRENCH
                                   Supervising Assistant
                                   Federal Defender
                                   Attorney for Defendant
                                   DOUGLAS JOSEPH WILLIAM CRONIN


Dated:   October 10, 2007          /s/  Mary M. French for
                                        Daniel B. Clymo
                                   _____
                                   DANIEL B. CLYMO
                                   Attorney for Defendant
                                   BRENDA DUKE
                                   per telephonic authorization


Dated:   October 10, 2007          MCGREGOR W. SCOTT
                                   United States Attorney


                                   /s/  Mary M. French for
                                        Lawrence Brown
                                   _____
                                   LAWRENCE BROWN
                                   Assistant U.S. Attorney
                                   per telephonic authorization


     IT IS SO ORDERED.

Dated: October 11, 2007

                                   _____
                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE