```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    DOUGLAS JOSEPH WILLIAM CRONIN
 7

 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-0250 FCD |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER CONTINUING |
| v. | ) STATUS CONFERENCE |
|  | ) |
| DOUGLAS JOSEPH WILLIAM CRONIN, et al., | ) Date: April 27, 2009 |
|  | ) Time: 10:00 a.m. |
|  | ) Judge: Frank C. Damrell, Jr. |
| Defendants. | ) |

It is hereby stipulated between the parties, Lawrence G. Brown, Acting United States Attorney, attorney for plaintiff, Candace Ann Fry, attorney for defendant BRENDA DUKE, and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant DOUGLAS JOSEPH WILLIAM CRONIN, that the Status Conference hearing date of March 30, 2009, be vacated and a new Status Conference hearing date of April 27, 2009, at 10:00 a.m. be set.

This continuance is requested because the parties need more time to make revisions in the plea agreement.

///

///

1 | It is further stipulated that the period from March 30, 2009,
2 | through and including April 27, 2009, should be excluded pursuant to 18
3 | U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 | counsel and defense preparation.

5 | Dated: March 27, 2009                Respectfully submitted,

7 |                                      DANIEL J. BRODERICK
  |                                      Federal Defender

  |                                      */s/ Mary M. French*
9 |                                      MARY M. FRENCH
  |                                      Supervising Assistant
10|                                      Federal Defender
  |                                      Attorney for Defendant
11|                                      DOUGLAS JOSEPH WILLIAM CRONIN

13| Dated: March 27, 2009                */s/  Mary M. French for*
  |                                      *Candace Ann Fry*
14|                                      _____
  |                                      CANDACE ANN FRY
15|                                      Attorney for Defendant
  |                                      BRENDA DUKE

17| Dated: March 27, 2009                LAWRENCE G. BROWN
  |                                      Acting United States Attorney

19|                                      */s/  Mary M. French for*
  |                                      *Lawrence G. Brown*
20|                                      _____
  |                                      LAWRENCE G. BROWN
21|                                      Acting United States Attorney

22| **IT IS SO ORDERED.**

23| Dated: March 27, 2009

  |                                      _____
26|                                      FRANK C. DAMRELL, JR.
  |                                      UNITED STATES DISTRICT JUDGE